1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff
   Robert Kalani

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | No.  2:15-cv-02114-JAM-AC |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION AS TO DEFENDANT THE AVENUE GRILL, INC.; ORDER** |
| vs. | |
| THE AVENUE GRILL, INC., et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Robert Kalani and Defendants The Avenue Grill, Inc., the parties who have appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice as to Defendant The Avenue Grill, Inc.  Each party is to bear its own attorneys' fees and costs.

Dated: March 2, 2016                    MOORE LAW FIRM, P.C.


                                        */s/ Tanya E. Moore*
                                        Tanya E. Moore
                                        Attorney for Plaintiff,
                                        Robert Kalani

Dated:  March 2, 2016                   SNIDER, DIEHL & RASMUSSEN, LLP


                                        */s/ Trenton M. Diehl*
                                        Trenton M. Diehl
                                        Attorneys for Defendant,
                                        The Avenue Grill, Inc.

### **ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice as to Defendant The Avenue Grill, Inc. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.


Dated: 3/2/2016                         /s/ John A. Mendez_____
                                        United States District Court Judge