UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | No. 2:15-cv-2114 JAM AC |
| Plaintiff, | |
| v. | ORDER |
| THE AVENUE GRILL, INC., et al., | |
| Defendants. | |

On September 28, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 27. No party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 28, 2016 (ECF No. 27), are adopted in full; and

////

////

////

1

2. Plaintiff's Amended Motion for Default Judgment (ECF No. 24), is denied without prejudice.

DATED: January 5, 2017

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE